**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| AMIL FRLUCKAJ, | ) | NO. ED CV 08-01019-MMM(E) |
| | ) | |
|        Petitioner, | ) | |
| | ) | |
|   v. | ) | ORDER ADOPTING FINDINGS, |
| | ) | |
| L. SMALL, Warden, | ) | CONCLUSIONS AND RECOMMENDATIONS |
| | ) | |
|       Respondent. | ) | OF UNITED STATES MAGISTRATE JUDGE |
| | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

///

///

///

///

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2  the Magistrate Judge's Report and Recommendation and the Judgment

3  herein by United States mail on Petitioner and counsel for

4  Respondent.

5

6     LET JUDGMENT BE ENTERED ACCORDINGLY.

7

8     DATED: October 30, 2009

9

10

11     _____

12             MARGARET M. MORROW
        UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28